

7/26/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

          Plaintiff,

v.

BROAD STREET CHECK CASHING, INC., and
24 BEAVER STREET LLC,

          Defendants.

Case No.: 17-cv-02365-PAC

**STIPULATION AND
ORDER OF DISMISSAL
WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff Kiran Vuppala ("Plaintiff"), and the Defendants Broad Street Check Cashing, Inc. and 24 Beaver Street LLC that the above-captioned action and all claims asserted, or that could have been asserted herein, be, and hereby are, dismissed without costs, fees or expenses to either party and with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: July 24, 2018

HOLLAND & KNIGHT LLP
New York, New York

By: _____
Loren L. Forrest, Jr.
Christine N. Walz
31 West 52nd Street
New York, New York 10019
Tel.: (212) 513-3200
Fax: (212) 385-9010
*Attorney for Defendant Broad Street Check Cashing, Corp.*

THE WEITZ LAW FIRM, P.A.
Aventura, Florida

By: _____
Ben-Zion Bradley Weitz, Esq.
18305 Biscayne Boulevard
Aventura, Florida 33160
Tel.: (305) 949-7777
*Attorney for Plaintiff Kiran Vuppala*

ARTHUR DANIEL RUSSELL
New York, New York

By: _____
Arthur Daniel Russell, Esq.
14 Wall Street, 22nd Floor
New York, New York 10005
Tel.: (212) 732-7800
*Attorney for Defendant
24 Beaver Street LLC*

**SO ORDERED**
_____
USDJ

July 26, 2018